125 E. 50th St. v Credo Intl. Inc. (2022 NY Slip Op 50504(U))

[*1]

125 E. 50th St. v Credo Intl. Inc.

2022 NY Slip Op 50504(U) [75 Misc 3d 134(A)]

Decided on June 17, 2022

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on June 17, 2022
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Hagler, J.P., Tisch, Michael, JJ.

570145/21

125 East 50th Street, Co., Lessee, LLC,
Petitioner-Landlord-Appellant, 
against
Credo International Inc.,
Respondent-Tenant-Respondent.

Landlord appeals from an order of the Civil Court of the City of New York, New York
County (Sabrina B. Kraus, J.), entered October 14, 2021, which denied its motion for an order
deeming its affidavit of service filed timely nunc pro tunc in a commercial nonpayment summary
proceeding.

Per Curiam.
Order (Sabrina B. Kraus, J.), entered October 14, 2021, affirmed, without costs.
Landlord's contentions on this appeal are, for the most part, unpreserved for appellate review
and, in any event, without merit. Landlord's failure to timely file proof of service of the notice of
petition and petition (see RPAPL 735[2][b]) deprived the court of jurisdiction (see
Riverside Syndicate, Inc. v Saltzman, 49 AD3d 402 [2008]; Berkeley Assoc. Co. v Di
Nolfi, 122 AD2d 703, 705 [1986], lv dismissed 69 NY2d 804 [1987]). In the
circumstances, Civil Court properly denied landlord's motion for an order deeming the affidavit
of service timely filed nunc pro tunc. 
We have considered landlord's remaining arguments and find them unpersuasive (see
Brash v Richards, 195 AD3d 582 [2021]).
All concur
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
Clerk of the Court
Decision Date: June 17, 2022